# New Louisiana Holdings, LLC et al (Case Number 14-50756)
## MONTHLY OPERATING REPORT – NOVEMBER 2014
### CHAPTER 11

| CASE NAME: | CASE NUMBER: |
|---|---|
| CHC-CLP Operator Holding, LLC | 14-51104 |
| CHC-SPC Operator, Inc. | 14-51106 |
| SA-Lakeland, LLC | 14-51103 |
| SA-Clewiston, LLC | 14-51102 |
| SA-St. Petersburg, LLC | 14-51101 |

THIS REPORT IS DUE THE 1ST BUSINESS DAY AFTER THE END OF THE FOLLOWING MONTH. The debtor must attach each of the following forms unless the United States Trustee has waived the requirement in writing. File with the court and submit a paper copy to UST with an original signature.

| Form Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| (mark only one - attached or waived) | | |
| (x) | ( ) | Balance Sheet |
| (x) | ( ) | Profit & Loss Statement |
| (x) | ( ) | Cash Receipts & Disbursements Statement |
| (x) | ( ) | Supporting Schedules (Insurance Certificate Previously Provided) |
| (x) | ( ) | Narrative |
| (x) | ( ) | Bank Statement(s) & Reconciliations of Bank Balance to Book Balance for all accounts. |

I declare under penalty of perjury that the following Monthly Operating Report and any attachments thereto, are true and correct to the best of my knowledge and belief.

Executed on: December 31, 2014
(date)

Debtor(s)*: Palm Terrace

By: James Blalock

Position: Authorized Representative

Name of preparer: Frank Bateman

Telephone No. of Preparer: 914-390-4308

Palm Terrace Incl. Buildings  
Trustee Balance Sheet Format  
As Of November 30, 2014

|  | 14-51102 Clewiston | 14-51103 Lakeland | 14-51101 St. Petersburg | 14-51104 PT Operators | TOTAL |
|---|---:|---:|---:|---:|---:|
| **ASSETS** | | | | | |
| **Current Assets** | | | | | |
| Cash | 4,176 | 498 | 11,424 | 2,108,245 | 2,124,343 |
| Cash - Petty Cash | 1,350 | 919 | 1,300 | 0 | 3,569 |
| Accounts Receivable, Net | 1,226,292 | 2,275,458 | 866,779 | 0 | 4,368,529 |
| Other Receivables | 197,864 | 152,970 | 0 | 0 | 350,834 |
| Prepaid Expense | 8,116 | 11,771 | 9,508 | 0 | 29,395 |
| **Total Current Assets** | **1,437,798** | **2,441,616** | **889,011** | **2,108,245** | **6,876,670** |
| **Other Assets** | | | | | |
| Property, Plant, and Equipment, Net | 87,707 | 296,674 | 626,796 | 21,931,819 | 22,942,996 |
| Organizational Expenses, Net | 0 | 0 | 0 | 125,596 | 125,596 |
| Restricted Assets | 231,232 | 266,858 | 140,597 | 511,793 | 1,150,480 |
| **Total Other Assets** | **318,939** | **563,532** | **767,393** | **22,569,208** | **24,219,072** |
| **Total Assets** | **1,756,737** | **3,005,148** | **1,656,404** | **24,677,453** | **31,095,742** |
| **LIABILITIES AND MEMBERS' EQUITY (DEFICIT)** | | | | | |
| **Current Liabilities** | | | | | |
| Accounts Payable | 1,431,293 | 2,420,255 | 1,038,915 | 346,326 | 5,236,789 |
| Accrued Expenses | 0 | 0 | 0 | 2,691,927 | 2,691,927 |
| Accrued Payroll, Taxes, and Benefits | 380,496 | 558,490 | 258,890 | 0 | 1,197,876 |
| Other Short-Term Liabilities | 5,669 | 25,538 | 21,301 | 80,884 | 133,392 |
| **Total Current Liabilities** | **1,817,458** | **3,004,283** | **1,319,106** | **3,119,137** | **9,259,984** |
| **Other Liabilities** | | | | | |
| Due To/From Others | (1,700,968) | (7,861,546) | 2,113,415 | 17,799,555 | 10,350,456 |
| Long-term debt | 0 | 0 | 0 | 38,159,006 | 38,159,006 |
| **Total Other Liabilities** | **(1,700,968)** | **(7,861,546)** | **2,113,415** | **55,958,561** | **48,509,462** |
| **Total Liabilities** | **116,490** | **(4,857,263)** | **3,432,521** | **59,077,698** | **57,769,446** |
| **Members Equity** | | | | | |
| Members Equity | 2,134,133 | 8,453,614 | (1,699,692) | (34,228,594) | (25,340,539) |
| Current Year Profit(Loss) | (493,886) | (591,203) | (76,425) | (171,651) | (1,333,165) |
| **Total Members' Equity** | **1,640,247** | **7,862,411** | **(1,776,117)** | **(34,400,245)** | **(26,673,704)** |
| **Total Liabilities & Members' Equity** | **1,756,737** | **3,005,148** | **1,656,404** | **24,677,453** | **31,095,742** |

Palm Terrace et al
Summary Statement of Operations
For the Month Ending November 30, 2014

| | 14-51102 Clewiston 120 | 14-51103 Lakeland 120 | 14-51101 St. Petersburg 120 | 14-51104 SA-PT Operator | TOTAL |
|---|---|---|---|---|---|
| **Resident Census** | | | | | |
| Private | (84) | 472 | 129 | 0 | 517 |
| Medicare | 353 | 645 | 227 | 0 | 1,225 |
| Medicaid | 2,969 | 2,948 | 1,838 | 0 | 7,755 |
| Insurance | 22 | 427 | 108 | 0 | 557 |
| Hospice | 123 | 417 | 130 | 0 | 670 |
| Resident Days - Current | 3,383 | 4,909 | 2,432 | 0 | 10,724 |
| Total Census Days | 3,383 | 4,909 | 2,432 | 0 | 10,724 |
| **Revenue** | | | | | |
| Private | (18,094) | 109,768 | 31,962 | 0 | 123,635 |
| Medicare | 163,660 | 302,900 | 87,823 | 0 | 554,383 |
| Medicaid | 696,124 | 657,621 | 461,037 | 0 | 1,814,782 |
| Insurance | 7,347 | 151,345 | 45,386 | 0 | 204,078 |
| Hospice | 28,847 | 93,137 | 32,815 | 0 | 154,799 |
| R&B Current | 877,885 | 1,314,770 | 659,022 | 0 | 2,851,676 |
| Total R&B Income | 877,885 | 1,314,770 | 659,022 | 0 | 2,851,676 |
| **Ancillary Income** | | | | | |
| Nursing Supplies | 75 | 659 | 9 | 0 | 743 |
| Physical Therapy | 16,210 | 1,979 | 12,331 | 0 | 30,519 |
| General Therapy | (902) | (27) | (658) | 0 | (1,586) |
| Occupational Therapy | 18,019 | 494 | 7,428 | 0 | 25,941 |
| Speech Therapy | 5,373 | 5,861 | 5,719 | 0 | 16,953 |
| Complex Medical Equipment | 0 | 0 | 218 | 0 | 218 |
| Enteral Therapy | 0 | 540 | 0 | 0 | 540 |
| Pharmacy | 86 | 243 | 25 | 0 | 354 |
| OTC Drugs | 12 | 98 | 3 | 0 | 113 |
| Incontinence Supply | 78 | 2,205 | 9 | 0 | 2,292 |
| Lab | 0 | 2,480 | 483 | 0 | 2,963 |
| Miscellaneous Income | 283 | 8,226 | 702 | 0 | 9,212 |
| Other Contractual Allowance | 24 | 23 | 0 | 0 | 47 |
| Ancillary Income | 39,258 | 22,782 | 26,270 | 0 | 88,310 |
| Total Revenue | 917,143 | 1,337,552 | 685,292 | 0 | 2,939,986 |
| **Operating Expenses** | | | | | |
| Nursing Administration | 56,350 | 75,077 | 28,607 | 0 | 160,033 |
| Nursing Program Services | 265,530 | 393,509 | 190,776 | 0 | 849,816 |
| Admissions/Marketing | 9,530 | 14,519 | 8,586 | 0 | 32,635 |
| Speech Therapy | 6,955 | 17,180 | 9,535 | 0 | 33,670 |
| Physical Therapy | 23,279 | 49,670 | 18,780 | 0 | 91,728 |
| Occupational Therapy | 24,786 | 39,463 | 12,969 | 0 | 77,218 |
| Respiratory Therapy | 1,898 | 7,768 | 1,518 | 0 | 11,184 |
| Pharmacy | 13,844 | 44,709 | 19,177 | 0 | 77,730 |
| Radiology | 1,805 | 2,562 | 615 | 0 | 4,982 |
| Laboratory | 2,288 | 3,552 | (1,512) | 0 | 4,328 |
| Activities | 8,516 | 15,161 | 8,908 | 0 | 32,585 |
| Social Services | 6,836 | 9,294 | 3,455 | 0 | 19,584 |
| Dietary | 48,367 | 77,252 | 40,385 | 0 | 166,005 |
| Housekeeping | 19,007 | 23,821 | 10,910 | 0 | 53,738 |
| Plant O & M | 28,275 | 38,775 | 25,061 | 0 | 92,112 |
| Laundry | 13,388 | 9,898 | 9,008 | 0 | 32,295 |
| Medical Supply | 9,563 | 24,754 | 12,574 | 0 | 46,892 |
| Medical Records | 1,459 | 2,738 | 1,747 | 0 | 5,944 |
| Administrative | 127,300 | 164,580 | 93,435 | 893 | 386,208 |
| Other Employee Benefits | 31,535 | 53,839 | 23,742 | 0 | 109,116 |
| Corporate Expenses | 0 | 0 | 0 | (22,653) | (22,653) |
| Total Operating Expense | 700,511 | 1,068,122 | 518,277 | (21,760) | 2,265,149 |
| Net Operating Income | 216,632 | 269,430 | 167,015 | 21,760 | 674,837 |
| **Non-Operating Expenses** | | | | | |
| Property Taxes | 4,687 | 5,335 | 2,879 | 0 | 12,901 |
| Property Insurance | 3,414 | 5,733 | 2,691 | 0 | 11,839 |
| Auto Insurance | 215 | 482 | 0 | 0 | 697 |
| GL/PL Insurance | 9,688 | 11,563 | 6,000 | 0 | 27,250 |
| Bad Debt | 8,935 | 94,844 | 21,749 | 0 | 125,528 |
| Total Non-Operating Expense | 26,939 | 117,956 | 33,320 | 0 | 178,215 |
| EBITDARM | 189,693 | 151,473 | 133,695 | 21,760 | 496,622 |
| EBITDAM | 189,693 | 151,473 | 133,695 | 21,760 | 496,622 |
| Management Fees | 45,857 | 66,878 | 34,265 | 0 | 146,999 |
| EBITDA | 143,836 | 84,596 | 99,431 | 21,760 | 349,623 |
| Depreciation/Amortization | 32,325 | 41,702 | 25,495 | 0 | 99,522 |
| Gain on Disposal of Assets | (4,062) | (4,739) | (2,482) | 0 | (11,284) |
| Total Depreciation/Amortization | 28,263 | 36,963 | 23,013 | 0 | 88,239 |
| EBIT | 115,573 | 47,633 | 76,418 | 21,760 | 261,384 |
| Interest Expense | 98,772 | 117,639 | 61,039 | 0 | 277,450 |
| Net Current Period Income/(Loss) | 16,800 | (70,006) | 15,379 | 21,760 | (16,066) |
| Net Income/(Loss) | 16,800 | (70,006) | 15,379 | 21,760 | (16,066) |

Palm Terrrace, LLC
Cash Receipts & Disbursements Statement
For the Period from 11/1/2014 through 11/30/2014

| | | Clewiston | | Lakeland | | St. Petersburg | | CHC-CLP Operator Holdings |
|---|---|---|---|---|---|---|---|---|
| Case Name | | 14-51102 | | 14-51103 | | 14-51101 | | 14-51104 |
| Case Number | | | | | | | | |
| **Cash Reconciliation** | | | | | | | | |
| 1. Beginning Cash Balance (ending Cash Balance from last month's report) | | - | | - | | $ - | | $ 1,921,196.11 |
| 2. Cash Receipts (total Cash Receipts from page 2 of all FORM 2-D's) | | 935,100.04 | | 1,189,539.40 | | $ 717,277.99 | | $ 6,834,991.80 |
| 3. Cash Disbursements (total Cash Disbursements from page 3 of all FORM 2-D's) | | (935,100.04) | | $ (1,189,539.40) | | $ (717,277.99) | | $ (6,582,227.04) |
| 4. Net Cash Flow | | | | | | | | |
| 5. Ending Cash Balance (to FORM 2-B) | $ | - | $ | - | $ | - | $ | 2,173,960.87 |
| | | | | | | | | |
| **Cash Summary Ending Balances** | Amount | Financial Institution | Amount | Financial Institution | Amount | Financial Institution | Amount | Financial Institution |
| 1. Real Estate Account | | | | | | | | |
| 2. Trust Account | | | | | | | | |
| 3. Operating and/or Personal Account | $ - | Bank of America | $ - | Bank of America | $ - | Bank of America | $ 5,277.21 | Bank of America |
| 4. Operating and/or Personal Account | | | | | | | $ 147,550.78 | Bank of America |
| 5. Operating and/or Personal Account | | | | | | | $ 61,505.44 | Bank of America |
| 6. Payroll Account | | | | | | | $ 1,959,627.44 | Bank of America |
| 7. Tax Account | | | | | | | | |
| 8. Other Accounts (Specify checking or savings) | | | | | | | | |
| 9. Cash Collateral Account | | | | | | | | |
| 10. Petty Cash | | | | | | | | |
| TOTAL (must agree with line 5 above) | $ - | | $ - | | $ - | | $ 2,173,960.87 | $ - |
| | | | | | | | | |
| *These amounts should be equal to the previous month's balance for the account plus this month's receipts less this month's disbursements. | | | | | | | | |
| ADJUSTED DEPOSITS ** | | | | | | | | |
| Deposits on line 2 above less inter-account transfers | $ - | | $ - | | $ - | | $ 2,837,191.93 | |
| ADJUSTED CASH DISBURSEMENTS ** | | | | | | | | |
| Cash disbursements on Line 3 above less inter-account transfers & UST fees paid | $ - | | $ - | | $ - | | $ 2,435,050.46 | |
| ** NOTE: This amount should be used to determine UST quarterly fees due and agree with Form 2-D, pg. 2 of 4. | | | | | | | | |

Palm Terrace
Cash Receipts Journal
November 2014

| Case #: | 14-51102 | 14-51103 | 14-51101 | 14-51104 CHC Operator Holdings | | 14-51104 CHC Operator Holdings | | 14-51105 |
|---|---|---|---|---|---|---|---|---|
| Date: | Clewiston | Lakeland | St. Petersburg | Operating 1476 | Payroll 0462 | Payroll Taxes 4602 | Deposit 0475 | Total | CHC SPC Operator Inc |
| 11/1/2014 | - | - | | | | | | - | - |
| 11/2/2014 | - | - | | | | | | - | |
| 11/3/2014 | | 20,976.55 | 1,350.00 | | 447,005.61 | | 22,326.55 | 469,332.16 | |
| 11/4/2014 | 11,598.03 | 27,900.41 | 3,686.95 | | | | 43,185.39 | 43,185.39 | |
| 11/5/2014 | 11,397.10 | 38,577.91 | 25,721.93 | | | | 75,696.94 | 75,696.94 | |
| 11/6/2014 | 29,429.85 | 8,614.07 | 7,863.86 | | | | 45,907.78 | 45,907.78 | |
| 11/7/2014 | 57,600.30 | 43,841.11 | 1,529.87 | 222,867.26 | | | 102,971.28 | 325,838.54 | |
| 11/8/2014 | - | - | | | | | | - | |
| 11/9/2014 | - | - | | | | | | - | |
| 11/10/2014 | - | - | 47,478.41 | 151.21 | | | 47,478.41 | 47,629.62 | |
| 11/11/2014 | - | - | | | | | | - | |
| 11/12/2014 | 363,842.13 | 317,157.13 | 395,607.51 | | | | 1,076,606.77 | 1,076,606.77 | |
| 11/13/2014 | 59,650.80 | 197,114.31 | 89,248.04 | | | | 346,013.15 | 346,013.15 | |
| 11/14/2014 | 69,227.78 | 20,368.36 | 1,000.00 | 1,478,018.61 | | 141,451.75 | 89,596.14 | 1,709,066.50 | |
| 11/15/2014 | - | - | | | | | | - | |
| 11/16/2014 | - | - | | | | | | - | |
| 11/17/2014 | 78,454.95 | 18,409.14 | 2,176.00 | | 446,624.72 | | 99,040.09 | 545,664.81 | |
| 11/18/2014 | 8,030.92 | 77,576.52 | - | | | | 85,607.44 | 85,607.44 | |
| 11/19/2014 | 1,892.56 | 12,942.15 | 1,541.40 | | | | 16,376.11 | 16,376.11 | |
| 11/20/2014 | 183,709.33 | 7,384.00 | 9,500.44 | | | | 200,593.77 | 200,593.77 | |
| 11/21/2014 | 3,876.71 | 6,340.01 | 105,052.36 | 588,443.55 | | 2,791.66 | 111,392.37 | 702,627.58 | |
| 11/22/2014 | - | - | | | | | | - | |
| 11/23/2014 | - | - | | | | | | - | |
| 11/24/2014 | 227.21 | 30,449.61 | 2,450.00 | | 5,096.37 | | 33,126.82 | 38,223.19 | |
| 11/25/2014 | 11,934.75 | 248,297.11 | 16,908.51 | | | | 277,140.37 | 277,140.37 | |
| 11/26/2014 | 43,536.62 | 91,469.15 | 2,651.13 | | | | 137,656.90 | 137,656.90 | |
| 11/27/2014 | - | - | | | | | | - | |
| 11/28/2014 | 691.00 | 22,121.86 | 3,511.58 | 522,617.75 | | 142,882.59 | 26,324.44 | 691,824.78 | |
| 11/29/2014 | - | - | | | | | | - | |
| 11/30/2014 | - | - | | | | | | - | |
| Grand Total | 935,100.04 | 1,189,539.40 | 717,277.99 | 2,812,098.38 | 898,726.70 | 287,126.00 | 2,837,040.72 | 6,834,991.80 | |

## Palm Terrace - CHC-CLP Operator Holdings, LLC
## Schedule of Cash Disbursements
## 11/1/2014-11/30/2014

| Date | Description | Account | Account Name | Check # | $ Amount |
|---|---|---|---|---|---|
| 11/4/2014 | PAYROLL FUNDING | 0462 | PT Master Payroll | | ($447,005.61) |
| 11/18/2014 | PAYROLL FUNDING | 0462 | PT Master Payroll | | ($446,624.72) |
| 11/19/2014 | Payroll Check | 0462 | PT Master Payroll | 41000105 | ($687.59) |
| 11/18/2014 | Payroll Check | 0462 | PT Master Payroll | 41000106 | ($298.82) |
| 11/19/2014 | Payroll Check | 0462 | PT Master Payroll | 41000107 | ($181.20) |
| 11/21/2014 | Payroll Check | 0462 | PT Master Payroll | 41000108 | ($561.26) |
| 11/24/2014 | Payroll Check | 0462 | PT Master Payroll | 41000109 | ($3,367.50) |
| 11/24/2014 | Payroll Check | 0462 | PT Master Payroll | 41000110 | ($334.76) |
| | | | | Total 0462 | ($899,061.46) |
| | | | | Total 0462 Transfers | $0.00 |
| | | | | Total 0462 Disbursements | ($899,061.46) |
| 11/7/2014 | Transfer to Master Deposit Account | 0475 | PT Master Deposit | | ($222,867.28) |
| 11/14/2014 | Transfer to SA-St. Petersburg LLC- Deposit Account | 0475 | PT Master Deposit | | ($1,000.00) |
| 11/14/2014 | Transfer to CHC CLP Operator Holding LLC | 0475 | PT Master Deposit | | ($1,478,018.61) |
| 11/21/2014 | Transfer to SA-Clewiston, LLC | 0475 | PT Master Deposit | | ($3,876.71) |
| 11/21/2014 | Transfer to Master Deposit Account | 0475 | PT Master Deposit | | ($588,443.55) |
| 11/28/2014 | Transfer to Master Deposit Account | 0475 | PT Master Deposit | | ($522,617.75) |
| | | | | Total 0475 | ($2,816,823.88) |
| | | | | Total 0475 Transfers | ($2,816,823.88) |
| | | | | Total 0475 Disbursements | $0.00 |
| 11/3/2014 | AXXIS ADVERTISING | 1476 | PT Operating | 6401 | ($70.00) |
| 11/3/2014 | CDW GOVERNMENT, INC. | 1476 | PT Operating | 6402 | ($350.67) |
| 11/3/2014 | NUTRITIOUS LIFESTYLES, INC | 1476 | PT Operating | 6405 | ($2,040.54) |
| 11/3/2014 | AUDIBEL HEARING CENTER | 1476 | PT Operating | 6408 | ($400.00) |
| 11/3/2014 | CORWIN DESIGN & GRAPHICS CORPORATION | 1476 | PT Operating | 6409 | ($238.70) |
| 11/3/2014 | SUN OFFICE PRODUCTS | 1476 | PT Operating | 6422 | ($483.16) |
| 11/3/2014 | KCI USA, INC. | 1476 | PT Operating | 6424 | ($364.36) |
| 11/3/2014 | GREENLEAF COMPACTION, INC. | 1476 | PT Operating | 6431 | ($353.10) |
| 11/3/2014 | TRINITY NON-EMERGENCY TRANSPORT, INC. | 1476 | PT Operating | 6432 | ($3,976.50) |
| 11/3/2014 | HEALTHCARE SERVICES GROUP, INC. | 1476 | PT Operating | 6441 | ($30,278.64) |
| 11/3/2014 | BRISK COFFEE | 1476 | PT Operating | 6442 | ($189.00) |
| 11/3/2014 | T.G.LEE DAIRY | 1476 | PT Operating | 6446 | ($1,316.49) |
| 11/3/2014 | NEW CENTURY INVESTOR SERVICES, INC. | 1476 | PT Operating | | ($258,454.49) |
| 11/3/2014 | NEW CENTURY INVESTOR SERVICES, INC. | 1476 | PT Operating | | ($31,750.00) |
| 11/3/2014 | UTILITIES | 1476 | PT Operating | | ($12,164.95) |
| 11/3/2014 | BOA FEES | 1476 | PT Operating | | ($101.78) |
| 11/3/2014 | BOA FEES | 1476 | PT Operating | | ($70.21) |
| 11/3/2014 | Transfer to Operator Payroll Account | 1476 | PT Operating | | ($447,005.61) |
| 11/3/2014 | BOA FEES | 1476 | PT Operating | | ($683.06) |
| 11/4/2014 | AMERITECH PEST CONTROL SERVICES, INC. | 1476 | PT Operating | 6403 | ($225.00) |
| 11/4/2014 | R. LEONARD CARROLL, M.D. | 1476 | PT Operating | 6434 | ($1,200.00) |
| 11/4/2014 | BILL GOULEY | 1476 | PT Operating | 6437 | ($175.00) |
| 11/4/2014 | NUTRITIOUS LIFESTYLES, INC | 1476 | PT Operating | 6438 | ($1,866.80) |
| 11/4/2014 | BIO-TECH PEST CONTROL | 1476 | PT Operating | 6443 | ($265.00) |
| 11/5/2014 | U.S.FOODSERVICE | 1476 | PT Operating | 6451 | ($17,993.20) |
| 11/6/2014 | KHIN M. LATT, M.D. | 1476 | PT Operating | 6411 | ($1,250.00) |
| 11/6/2014 | SUN OFFICE PRODUCTS | 1476 | PT Operating | 6454 | ($364.19) |
| 11/6/2014 | SUNNY FLORIDA DAIRY | 1476 | PT Operating | 6455 | ($192.42) |
| 11/6/2014 | JOHN GODDARD PRODUCE INC. | 1476 | PT Operating | 6456 | ($157.00) |
| 11/6/2014 | METROPOLITAN TELECOMMUNICATION | 1476 | PT Operating | 6457 | ($1,401.54) |
| 11/6/2014 | BRISK COFFEE | 1476 | PT Operating | 6458 | ($203.40) |
| 11/6/2014 | CLEWISTON UTILITIES | 1476 | PT Operating | 6459 | ($6,281.40) |
| 11/6/2014 | CDW GOVERNMENT, INC. | 1476 | PT Operating | 6460 | ($197.19) |
| 11/6/2014 | FCS, INC. | 1476 | PT Operating | 6461 | ($190.00) |
| 11/6/2014 | TOTAL COMPLIANCE NETWORK, INC | 1476 | PT Operating | 6463 | ($88.00) |
| 11/6/2014 | BIO-TECH PEST CONTROL | 1476 | PT Operating | 6465 | ($265.00) |
| 11/6/2014 | MEDSTAR MEDICAL | 1476 | PT Operating | 6467 | ($9,693.30) |
| 11/6/2014 | AMERICAN EXPRESS | 1476 | PT Operating | | ($1,905.23) |
| 11/7/2014 | CURASPAN HEALTH GROUP, INC. | 1476 | PT Operating | 6429 | ($3,025.00) |
| 11/7/2014 | DELTA DENTAL | 1476 | PT Operating | | ($3,800.70) |
| 11/7/2014 | DIRECT SUPPLY HEALTHCARE EQUIP | 1476 | PT Operating | | ($279.77) |
| 11/10/2014 | VISION SERVICE PLAN | 1476 | PT Operating | 6355 | ($1,351.54) |
| 11/10/2014 | WHEELCHAIR TRANSPORT SERVICES, INC. | 1476 | PT Operating | 6406 | ($318.96) |
| 11/10/2014 | WHEELCHAIR TRANSPORT SERVICES, INC. | 1476 | PT Operating | 6433 | ($400.62) |
| 11/10/2014 | IVAN VALDES | 1476 | PT Operating | 6444 | ($575.00) |

| Date | Payee | Ref | Type | Check# | Amount |
|---|---|---|---|---|---|
| 11/10/2014 | C & M LANDSCAPING AND FINISH GRADE WORK | 1476 | PT Operating | 6468 | ($2,320.00) |
| 11/10/2014 | METROPOLITAN TELECOMMUNICATION | 1476 | PT Operating | 6469 | ($3,201.23) |
| 11/11/2014 | LINCOLN FINANCIAL GROUP | 1476 | PT Operating | 6470 | ($1,290.10) |
| 11/11/2014 | OSCEOLA SUPPLY, INC. | 1476 | PT Operating | 6471 | ($3,221.14) |
| 11/11/2014 | A & E REPAIR INC. | 1476 | PT Operating | 6472 | ($501.84) |
| 11/12/2014 | U.S.FOODSERVICE | 1476 | PT Operating | 6474 | ($15,346.34) |
| 11/12/2014 | DIRECT SUPPLY HEALTHCARE EQUIP | 1476 | PT Operating | | ($1,457.07) |
| 11/13/2014 | BUTLER HEATING & AIR CONDITIONING, INC. | 1476 | PT Operating | 6477 | ($241.55) |
| 11/13/2014 | CANON SOLUTIONS AMERICA INC | 1476 | PT Operating | 6478 | ($1,577.83) |
| 11/13/2014 | LONG TERM CARE NUTRITION | 1476 | PT Operating | 6479 | ($2,880.00) |
| 11/13/2014 | E. SAM JONES DISTRIBUTOR, INC | 1476 | PT Operating | 6480 | ($358.24) |
| 11/13/2014 | COZZINI BROS., INC. | 1476 | PT Operating | 6481 | ($165.85) |
| 11/13/2014 | SUNNY FLORIDA DAIRY | 1476 | PT Operating | 6482 | ($692.83) |
| 11/13/2014 | SUN OFFICE PRODUCTS | 1476 | PT Operating | 6483 | ($1,057.56) |
| 11/13/2014 | PYLES LAWN SERVICE, INC | 1476 | PT Operating | 6484 | ($1,618.75) |
| 11/13/2014 | OSCEOLA SUPPLY, INC. | 1476 | PT Operating | 6485 | ($2,330.89) |
| 11/13/2014 | ASHBERRY WATER CONDITIONING INC. | 1476 | PT Operating | 6486 | ($128.08) |
| 11/13/2014 | COGENT, INC. | 1476 | PT Operating | 6487 | ($457.50) |
| 11/13/2014 | GCS SERVICE, INC. | 1476 | PT Operating | 6488 | ($1,696.41) |
| 11/13/2014 | SITE STORAGE INC. | 1476 | PT Operating | 6489 | ($192.60) |
| 11/13/2014 | VISTA CLINICAL DIAGNOSTICS, INC. | 1476 | PT Operating | 6490 | ($1,804.05) |
| 11/13/2014 | UNITED FIRE PROTECTION | 1476 | PT Operating | 6491 | ($780.00) |
| 11/13/2014 | BC MARKETING & PUBLISHING, INC. | 1476 | PT Operating | 6492 | ($134.50) |
| 11/13/2014 | BILL GOULEY | 1476 | PT Operating | 6493 | ($175.00) |
| 11/13/2014 | JULIE A. BOON | 1476 | PT Operating | 6494 | ($200.00) |
| 11/13/2014 | IVAN VALDES | 1476 | PT Operating | 6495 | ($575.00) |
| 11/13/2014 | PITNEY BOWES GLOBAL FINANCIAL SERVICES LLC | 1476 | PT Operating | 6496 | ($237.54) |
| 11/13/2014 | SOUTHEASTERN LAUNDRY EQUIPMENT, INC. | 1476 | PT Operating | 6497 | ($299.65) |
| 11/13/2014 | TOTAL COMPLIANCE NETWORK, INC | 1476 | PT Operating | 6498 | ($440.00) |
| 11/13/2014 | PENNY C STULL | 1476 | PT Operating | 6501 | ($200.00) |
| 11/13/2014 | DAVID SMITH | 1476 | PT Operating | 6502 | ($130.00) |
| 11/13/2014 | GREENLEAF COMPACTION, INC. | 1476 | PT Operating | 6503 | ($353.10) |
| 11/13/2014 | HOMER JARVIS | 1476 | PT Operating | 6504 | ($50.00) |
| 11/13/2014 | NUTRITIOUS LIFESTYLES, INC | 1476 | PT Operating | 6505 | ($1,922.80) |
| 11/13/2014 | AGENCY FOR HEALTH CARE ADMINISTRATION | 1476 | PT Operating | 6506 | ($263,614.64) |
| 11/13/2014 | FLORIDA DEPARTMENT OF HEALTH | 1476 | PT Operating | 6508 | ($105.00) |
| 11/14/2014 | HALCYON REHABILITATION | 1476 | PT Operating | | ($240,000.00) |
| 11/14/2014 | Transfer to Operator Payroll Tax Account | 1476 | PT Operating | | ($141,451.75) |
| 11/14/2014 | Health Ins Premiums 11/2014 | 1476 | PT Operating | | ($144,500.00) |
| 11/17/2014 | WELBY TECHNOLOGIES, INC. | 1476 | PT Operating | 6509 | ($2,895.04) |
| 11/17/2014 | Transfer to Operator Payroll Account | 1476 | PT Operating | | ($446,624.72) |
| 11/17/2014 | SERVICE FEE | 1476 | PT Operating | | ($2,477.08) |
| 11/18/2014 | TRINITY NON-EMERGENCY TRANSPORT, INC. | 1476 | PT Operating | 6510 | ($1,490.00) |
| 11/19/2014 | LINCOLN LTD LIFE INSURANCE | 1476 | PT Operating | 6358 | ($1,758.54) |
| 11/19/2014 | NATIONAL DATACARE CORPORATION | 1476 | PT Operating | 6511 | ($191.05) |
| 11/19/2014 | U.S.FOODSERVICE | 1476 | PT Operating | 6512 | ($17,972.63) |
| 11/21/2014 | PAMS PLUMBING, INC. | 1476 | PT Operating | 6514 | ($620.00) |
| 11/21/2014 | Transfer to Operator Payroll Tax Account | 1476 | PT Operating | | ($2,791.66) |
| 11/21/2014 | OMNICARE | 1476 | PT Operating | | ($17,933.96) |
| 11/21/2014 | OMNICARE | 1476 | PT Operating | | ($19,418.55) |
| 11/21/2014 | OMNICARE | 1476 | PT Operating | | ($13,581.57) |
| 11/21/2014 | OMNICARE | 1476 | PT Operating | | ($34,601.90) |
| 11/24/2014 | FADI SABA, M.D. | 1476 | PT Operating | 6423 | ($2,000.00) |
| 11/24/2014 | FADI SABA, M.D. | 1476 | PT Operating | 6516 | ($2,000.00) |
| 11/24/2014 | GEORGIA SASSER CONSULTING, INC. | 1476 | PT Operating | 6536 | ($240.00) |
| 11/24/2014 | HEALTHCARE SERVICES GROUP, INC. | 1476 | PT Operating | 6540 | ($30,278.64) |
| 11/24/2014 | Transfer to Operator Payroll Account | 1476 | PT Operating | | ($5,096.37) |
| 11/25/2014 | U.S.FOODSERVICE | 1476 | PT Operating | 6542 | ($16,343.01) |
| 11/25/2014 | Wire for Regional Director (PT Support) | 1476 | PT Operating | | ($15,000.00) |
| 11/25/2014 | Workers Comp Premiums 11/2014 | 1476 | PT Operating | | ($15,000.00) |
| 11/25/2014 | Wire for vendor allocations 11/14 | 1476 | PT Operating | | ($11,183.51) |
| 11/28/2014 | Transfer to Operator Payroll Tax Account | 1476 | PT Operating | | ($142,882.59) |
| 11/30/2014 | MEDLINE | 1476 | PT Operating | | ($9,923.47) |
| 11/30/2014 | CONCUR | 1476 | PT Operating | | ($1,106.38) |
| 11/30/2014 | UTILITIES | 1476 | PT Operating | | ($35,572.96) |
| 11/30/2014 | UTILITIES | 1476 | PT Operating | | ($3,696.38) |
| 11/30/2014 | CONCUR | 1476 | PT Operating | | ($256.80) |
| 11/30/2014 | CONCUR | 1476 | PT Operating | | ($1,789.03) |
| 11/30/2014 | UTILITIES | 1476 | PT Operating | | ($5,618.76) |
| 11/30/2014 | MEDLINE | 1476 | PT Operating | | ($3,917.92) |
| 11/30/2014 | MEDLINE | 1476 | PT Operating | | ($5,486.10) |
| 11/30/2014 | MEDLINE | 1476 | PT Operating | | ($12,148.96) |
| 11/30/2014 | MEDLINE | 1476 | PT Operating | | ($10,859.22) |
| 11/30/2014 | MEDLINE | 1476 | PT Operating | | ($5,118.78) |

| Date | Description | Account | Type | Label | Amount |
|---|---|---|---|---|---|
| | | | | Total 1476 | ($2,579,540.94) |
| | | | | Total 1476 Transfers | ($1,330,352.70) |
| | | | | Total 1476 Disbursements | ($1,249,188.24) |
| 11/3/2014 | PAYROLL TAXES | 4602 | PT Payroll Tax | | ($136,359.44) |
| 11/3/2014 | CERIDIAN (GARNISHMENTS) | 4602 | PT Payroll Tax | | ($2,649.08) |
| 11/7/2014 | FIDELITY 401K FUNDING | 4602 | PT Payroll Tax | | ($2,773.45) |
| 11/17/2014 | CTS TAX SERVICE FEE | 4602 | PT Payroll Tax | | ($466.50) |
| 11/17/2014 | PAYROLL TAXES | 4602 | PT Payroll Tax | | ($136,195.78) |
| 11/24/2014 | CERIDIAN (GARNISHMENTS) | 4602 | PT Payroll Tax | | ($2,470.76) |
| 11/17/2014 | BANK FEES | 4602 | PT Payroll Tax | | ($286.19) |
| 11/24/2014 | PAYROLL TAXES | 4602 | PT Payroll Tax | | ($2,791.66) |
| 11/28/2014 | CTS TAX SERVICE FEE | 4602 | PT Payroll Tax | | ($100.96) |
| 11/21/2014 | FIDELITY 401K FUNDING | 4602 | PT Payroll Tax | | ($2,706.94) |
| | | | | Total 4602 | ($286,800.76) |
| | | | | Total 4602 Transfers | $0.00 |
| | | | | Total 4602 Disbursements | ($286,800.76) |
| | | | | Total | ($6,582,227.04) |
| | | | | Total Transfers | ($4,147,176.58) |
| | | | | Total Disbursements | ($2,435,050.46) |

| Palm Terrace - Clewiston | | |
|---|---|---|
| Schedule of Cash Disbursements | | |
| 11/1/2014-11/30/2014 | | |
| Date | Description | $ Amount |
| 11/4/2014 | Wire Transfer to Parent Operating Acct | (11,598.03) |
| 11/5/2014 | Wire Transfer to Parent Operating Acct | (11,397.10) |
| 11/6/2014 | Wire Transfer to Parent Operating Acct | (29,429.85) |
| 11/7/2014 | Wire Transfer to Parent Operating Acct | (57,600.30) |
| 11/12/2014 | Wire Transfer to Parent Operating Acct | (363,842.13) |
| 11/13/2014 | Wire Transfer to Parent Operating Acct | (59,650.80) |
| 11/14/2014 | Wire Transfer to Parent Operating Acct | (69,227.78) |
| 11/17/2014 | Wire Transfer to Parent Operating Acct | (78,454.95) |
| 11/18/2014 | Wire Transfer to Parent Operating Acct | (8,030.92) |
| 11/19/2014 | Wire Transfer to Parent Operating Acct | (1,892.56) |
| 11/20/2014 | Wire Transfer to Parent Operating Acct | (183,709.33) |
| 11/21/2014 | Returned item Chargeback | (3,876.71) |
| 11/24/2014 | Wire Transfer to Parent Operating Acct | (227.21) |
| 11/25/2014 | Wire Transfer to Parent Operating Acct | (11,934.75) |
| 11/26/2014 | Wire Transfer to Parent Operating Acct | (43,536.62) |
| 11/28/2014 | Wire Transfer to Parent Operating Acct | (691.00) |
| | | (935,100.04) |

| Palm Terrace - Lakeland | | |
|---|---|---|
| Schedule of Cash Disbursements | | |
| 10/1/2014-10/31/2014 | | |
| Date | Description | $ Amount |
| 11/3/2014 | Wire Transfer to Parent Operating Acct | (20,976.55) |
| 11/4/2014 | Wire Transfer to Parent Operating Acct | (27,900.41) |
| 11/5/2014 | Wire Transfer to Parent Operating Acct | (38,577.91) |
| 11/6/2014 | Wire Transfer to Parent Operating Acct | (8,614.07) |
| 11/7/2014 | Wire Transfer to Parent Operating Acct | (43,841.11) |
| 11/12/2014 | Wire Transfer to Parent Operating Acct | (317,157.13) |
| 11/13/2014 | Wire Transfer to Parent Operating Acct | (197,114.31) |
| 11/14/2014 | Wire Transfer to Parent Operating Acct | (20,368.36) |
| 11/17/2014 | Wire Transfer to Parent Operating Acct | (18,409.14) |
| 11/18/2014 | Wire Transfer to Parent Operating Acct | (77,576.52) |
| 11/19/2014 | Wire Transfer to Parent Operating Acct | (12,942.15) |
| 11/20/2014 | Wire Transfer to Parent Operating Acct | (7,384.00) |
| 11/21/2014 | Wire Transfer to Parent Operating Acct | (6,340.01) |
| 11/24/2014 | Wire Transfer to Parent Operating Acct | (30,449.61) |
| 11/25/2014 | Wire Transfer to Parent Operating Acct | (248,297.11) |
| 11/26/2014 | Wire Transfer to Parent Operating Acct | (91,469.15) |
| 11/28/2014 | Wire Transfer to Parent Operating Acct | (22,121.86) |
| | | (1,189,539.40) |

| Palm Terrace - St. Petersburg | | |
|---|---|---|
| Schedule of Cash Disbursements | | |
| 10/1/2014-10/31/2014 | | |
| | | |
| Date | Description | $ Amount |
| 11/3/2014 | Wire Transfer to Parent Operating Acct | (1,350.00) |
| 11/4/2014 | Wire Transfer to Parent Operating Acct | (3,686.95) |
| 11/5/2014 | Wire Transfer to Parent Operating Acct | (25,721.93) |
| 11/6/2014 | Wire Transfer to Parent Operating Acct | (7,863.86) |
| 11/7/2014 | Wire Transfer to Parent Operating Acct | (1,529.87) |
| 11/12/2014 | Wire Transfer to Parent Operating Acct | (47,478.41) |
| 11/13/2014 | Wire Transfer to Parent Operating Acct | (395,607.51) |
| 11/14/2014 | Wire Transfer to Parent Operating Acct | (89,248.04) |
| 11/17/2014 | Return Item Charge | (1,000.00) |
| 11/18/2014 | Wire Transfer to Parent Operating Acct | (2,176.00) |
| 11/19/2014 | Wire Transfer to Parent Operating Acct | (1,541.40) |
| 11/20/2014 | Wire Transfer to Parent Operating Acct | (9,500.44) |
| 11/21/2014 | Wire Transfer to Parent Operating Acct | (105,052.36) |
| 11/24/2014 | Wire Transfer to Parent Operating Acct | (2,450.00) |
| 11/25/2014 | Wire Transfer to Parent Operating Acct | (16,908.51) |
| 11/26/2014 | Wire Transfer to Parent Operating Acct | (2,651.13) |
| 11/28/2014 | Wire Transfer to Parent Operating Acct | (3,511.58) |
| | | |
| | | (717,277.99) |

Palm Terrace
AR Aging
November 2014

| Facility | Payer | Payer Account | Total 0.793774286 | Allowance | Net | Future Cash | Current 14-Nov | 30 14-Oct | 60 14-Sep | 90 14-Aug | 120 14-Jul | 150 14-Jun | 180 14-May | 210 14-Apr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Palm Terrace of Crestview | A/R - Private | 100.1100.1100 | $132,208.80 | $90,193.10 | $42,195.70 | ($135.49) | $6,945.32 | $5,810.26 | $7,462.13 | $3,167.84 | $14,129.63 | $10,067.05 | $8,498.95 | $71,214.27 |
| | A/R - Medicaid Pending | 100.1100.1101 | $42,745.70 | $3,304.11 | $39,441.59 | $0.00 | $20,729.78 | $18,593.73 | $304.00 | $0.00 | $0.00 | ($29.79) | $0.00 | $5,188.00 |
| | A/R - Co-Ins Private | 100.1100.1102 | $40,553.83 | $14,109.48 | $26,444.35 | $0.00 | $0.00 | $350.00 | $2,128.00 | $7,215.93 | $4,837.00 | $8,324.00 | $6,681.05 | $12,397.87 |
| | A/R - Medicare A | 100.1100.1105 | $131,592.23 | $6,283.73 | $125,298.50 | $0.00 | $120,419.20 | $321.57 | $351.07 | $0.00 | $0.00 | $0.00 | $0.00 | $10,050.19 |
| | A/R - Medicare B | 100.1100.1180 | $55,506.11 | $9,500.98 | $46,005.13 | $0.00 | $31,144.75 | $3,905.26 | $285.93 | $1,353.21 | $1,737.84 | $438.37 | $1,555.55 | $14,822.20 |
| | A/R - Managed C | 100.1100.1190 | $47,186.83 | $15,690.90 | $31,495.93 | $0.00 | $4,565.00 | $6,460.30 | $7,795.02 | $4,500.25 | $8,029.11 | ($3,099.11) | ($50.90) | $19,337.26 |
| | A/R - Medicaid | 100.1100.1200 | $446,748.09 | $100,284.55 | $346,423.54 | $0.00 | $90,796.00 | $73,412.16 | $40,902.46 | $30,727.04 | $38,112.78 | $36,797.09 | $19,425.11 | $113,555.44 |
| | A/R - Hospice | 100.1100.1285 | $34,795.24 | $535.57 | $33,859.67 | $0.00 | $25,163.22 | $0.00 | $5,310.90 | $3,545.69 | $0.01 | $0.07 | $0.00 | ($333.95) |
| | A/R - Private Insurance | 100.1100.1290 | $34,229.63 | $8,396.20 | $25,843.44 | $0.00 | $5,376.28 | $3,870.81 | $3,545.00 | $6,555.33 | $4,919.00 | ($7,017.07) | $200.50 | $4,965.45 |
| | A/R - Medicaid Managed Care | 100.1100.1295 | $317,389.30 | $17,666.73 | $499,722.57 | $0.00 | $540,407.86 | ($3168.10) | ($246.92) | ($3,063.61) | ($12,714.95) | ($5,909.09) | ($240.14) | ($7,778.69) |
| | TOTAL | | $1,482,209.86 | $265,449.64 | $1,216,760.42 | ($135.49) | $845,939.49 | $114,736.93 | $77,291.62 | $59,804.88 | $96,751.10 | $39,151.72 | $36,357.03 | $243,514.24 |
| Palm Terrace of Lakeland | A/R - Private | 100.1100.1100 | $557,132.76 | $498,076.67 | $59,056.11 | ($3,404.42) | $26,663.31 | $12,263.75 | $10,767.04 | $8,188.23 | $19,975.56 | $22,745.66 | $23,861.39 | $494,059.36 |
| | A/R - Medicaid Pending | 100.1100.1101 | $375,853.39 | $66,523.90 | $309,333.49 | $0.00 | $73,026.78 | $59,404.40 | $37,844.27 | $51,853.29 | $32,060.00 | $26,115.46 | $21,238.82 | $53,820.34 |
| | A/R - Co-Ins Private | 100.1100.1102 | $425,817.52 | $191,283.76 | $234,533.76 | $0.00 | $11,649.51 | $12,021.75 | $36,767.95 | $4,917.00 | $17,234.12 | $13,826.00 | $21,676.99 | $346,915.14 |
| | A/R - Medicare A | 100.1100.1105 | $400,812.95 | $68,323.84 | $332,489.11 | $0.00 | $246,237.72 | $24,428.53 | $36,958.29 | $19,169.02 | ($4,572.99) | ($148.99) | $0.00 | $106,631.73 |
| | A/R - Medicare B | 100.1100.1180 | $111,064.16 | $93,582.65 | $93,945.51 | $0.00 | $1,295.98 | $7,820.57 | ($841.95) | ($918.76) | ($674.83) | $0.24 | $0.00 | $4,917.82 |
| | A/R - Managed C | 100.1100.1190 | $846,824.29 | $203,055.82 | $403,768.47 | $0.00 | $152,368.50 | $24,224.22 | $24,474.52 | $48,453.83 | $30,107.28 | $34,032.45 | $34,578.71 | $216,543.78 |
| | A/R - Medicaid | 100.1100.1200 | $227,156.84 | $106,912.23 | $120,246.61 | $0.00 | $78,119.26 | $61,780.92 | $30,855.09 | $9,344.73 | $25,473.64 | $22,063.50 | $10,352.62 | ($26,520.32) |
| | A/R - Hospice | 100.1100.1285 | $77,509.89 | $4,436.74 | $73,021.15 | $0.00 | $77,975.75 | $5,615.08 | $6,125.96 | $5,495.72 | $55,853.49 | $802.88 | $99.10 | ($23,072.30) |
| | A/R - Private Insurance | 100.1100.1290 | $227,259.26 | $112,404.53 | $114,854.65 | $0.00 | $15,953.78 | $23,918.67 | $17,722.26 | $20,174.50 | $19,456.46 | $11,082.47 | $55,269.91 | $112,249.53 |
| | A/R - Medicaid Managed Care | 100.1100.1295 | $615,886.09 | $37,878.99 | $578,957.10 | $0.00 | $477,268.25 | $64,890.38 | $27,063.72 | $27,557.35 | $8,591.68 | ($5,694.65) | $17,026.71 | ($19,497.82) |
| | TOTAL | | $3,607,029.29 | $1,232,581.26 | $2,374,448.10 | ($3,404.42) | $1,772,839.06 | $391,154.07 | $199,620.49 | $194,149.92 | $146,471.03 | $125,937.83 | $172,173.66 | $1,169,897.96 |
| Palm Terrace of St. Petersburg | A/R - Private | 100.1100.1100 | $316,504.23 | $364,137.77 | ($47,633.54) | $0.00 | $21,138.35 | $11,912.06 | $13,268.08 | $8,114.05 | $10,209.96 | $8,240.73 | $10,711.23 | $231,626.77 |
| | A/R - Medicaid Pending | 100.1100.1101 | $208,116.81 | $73,517.15 | $135,599.36 | $0.00 | $17,831.14 | $15,883.15 | $13,489.24 | $13,357.80 | $7,631.98 | $7,214.70 | $7,455.19 | $124,954.53 |
| | A/R - Co-Ins Private | 100.1100.1102 | $118,314.49 | $55,062.59 | $63,251.90 | $0.00 | $4,568.00 | $6,568.00 | $5,320.00 | $4,580.00 | $127.02 | $5,842.02 | $737.82 | $36,351.63 |
| | A/R - Medicare A | 100.1100.1105 | $167,179.39 | $110,627.97 | $76,551.42 | $0.00 | $32,138.28 | $10,221.98 | ($19,437.64) | ($1,481.90) | $0.00 | $5,246.24 | $0.00 | $10,313.23 |
| | A/R - Medicare B | 100.1100.1180 | $36,878.66 | $5,850.40 | $31,028.26 | $0.00 | $15,943.04 | $3,956.78 | $4,753.16 | $4,074.67 | $156.00 | $0.00 | $10.72 | $5,455.25 |
| | A/R - Managed C | 100.1100.1190 | $75,340.66 | $30,690.34 | $44,650.34 | $0.00 | $46,545.05 | $17,020.53 | $12,174.89 | $27,122.51 | $15,844.82 | $16,157.88 | $375.00 | ($62,599.37) |
| | A/R - Medicaid | 100.1100.1200 | $253,467.80 | $96,204.62 | $174,263.18 | $0.00 | $81,414.44 | $25,906.83 | $28,272.29 | $14,498.91 | $14,799.31 | $13,009.22 | $47,458.35 | $50,442.45 |
| | A/R - Hospice | 100.1100.1285 | $323,332.11 | $3,196.83 | $320,135.28 | $0.00 | $26,512.20 | ($626.13) | ($102.36) | ($779.04) | ($586.56) | $0.00 | $0.00 | ($3,264.91) |
| | A/R - Private Insurance | 100.1100.1290 | $110,530.96 | $16,627.19 | ($31,108.09) | $0.00 | $3,267.50 | $3193.09 | $30.00 | $166.90 | $0.01 | ($174.06) | $121.50 | ($13,285.10) |
| | A/R - Medicaid Managed Care | 100.1100.1295 | $309,081.12 | $54,649.38 | $560,431.14 | $0.00 | $366,967.88 | $6,612.87 | $166.90 | $99.87 | $302.53 | $1,185.16 | $0.00 | ($60,303.69) |
| | TOTAL | | $1,486,664.11 | $665,464.35 | $827,159.26 | $0.00 | $647,415.96 | $107,702.73 | $89,265.18 | $89,498.57 | $53,217.12 | $57,719.87 | $64,869.91 | $489,408.49 |

| Payer Account | Payer | Total Future Cash 0.793714286 | | | | Current 14-Nov | 30 14-Oct | 60 14-Sep | 90 14-Aug | 120 14-Jul | 150 14-Jun | 180 14-May | 210 14-Apr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 100.1100.1100 | A/R - Private | $1,005,995.81 | ($3,539.77) | | | $56,846.94 | $23,286.07 | $31,457.55 | $25,950.12 | $44,015.45 | $42,055.04 | $73,089.27 | $797,196.40 |
| 100.1100.1101 | A/R - Medicaid Pending | $627,725.90 | $0.00 | | | $111,367.89 | $91,263.28 | $72,437.55 | $33,210.89 | $40,811.99 | $33,300.27 | $28,894.91 | $182,933.87 |
| 100.1100.1102 | A/R - Co-Ins Private | $584,735.84 | $0.00 | | | $29,228.51 | $19,853.76 | $14,235.00 | $17,182.53 | $12,199.14 | $25,992.02 | $29,384.85 | $407,884.64 |
| 100.1100.1105 | A/R - Medicare A | $691,584.57 | $0.00 | | | $440,904.70 | $34,982.48 | ($57,679.48) | $17,207.62 | ($4,572.86) | $15,086.23 | $0.00 | $125,544.75 |
| 100.1100.1180 | A/R - Medicare B | $104,449.95 | $0.00 | | | $48,383.47 | $13,298.05 | $4,550.63 | $4,509.11 | $1,338.07 | $638.61 | $1,576.27 | $23,203.27 |
| 100.1100.1190 | A/R - Managed C | $783,391.80 | $0.00 | | | $203,418.55 | $130,705.92 | $152,444.43 | $101,870.67 | $79,378.69 | $54,976.81 | $34,854.71 | $175,161.67 |
| 100.1100.1200 | A/R - Medicaid | $906,374.73 | $0.00 | | | $230,019.70 | $170,601.71 | $112,238.30 | $54,976.88 | $82,328.85 | $46,059.22 | $59,226.08 | $130,377.77 |
| 100.1100.1285 | A/R - Hospice | $135,681.24 | $0.00 | | | $132,251.28 | $47,616.10 | $5,415.15 | $7,759.57 | $3,850.96 | $822.95 | $95.10 | ($26,532.06) |
| 100.1100.1290 | A/R - Private Insurance | $246,060.31 | $0.00 | | | $21,722.84 | $34,182.57 | $27,288.36 | $29,738.83 | $24,077.87 | $4,791.32 | $5,672.74 | $104,429.88 |
| 100.1100.1295 | A/R - Medicaid Managed Care | $1,503,056.51 | $0.00 | | | $1,384,553.99 | $91,395.08 | $27,001.70 | $64,603.42 | $3,806.27 | ($10,519.53) | $16,785.57 | ($33,077.00) |
| | TOTAL | $6,624,153.46 | ($3,539.77) | | | $2,689,214.90 | $813,813.21 | $396,777.47 | $333,220.77 | $264,440.05 | $222,198.62 | $249,920.10 | $1,923,805.58 |

Per BS $4,340,523.72
Patient Refunds ($50,929.90)
Adjusted Total $4,317,567.62

Variance ($50.01)

SA-CLEWISTON, LLC
Post Petition AP Aging, by Vendor
As of 11/30/2014

| Row Labels | Name | Sum of Current Period | Sum of 31 - 60 Days | Sum of 61 - 90 Days | Sum of 91 and Over | Sum of Total |
|---|---|---|---|---|---|---|
| AVISTA | AVISTA | 15,768.79 | 20,602.56 | 1,589.62 | - | 37,960.97 |
| CANSER | CANNON FINANCIAL SERVICES INC | - | 393.90 | 367.94 | - | 761.84 |
| DIRSUP | DIRECT SUPPLY HEALTHCARE EQUIP | 886.90 | - | - | - | 886.90 |
| GARLOC | GARY'S LOCK AND SAFE | - | - | 518.95 | - | 518.95 |
| GOUBIL | BILL GOULEY | 175.00 | - | - | - | 175.00 |
| HALREH | HALCYON REHABILITATION | 843.77 | - | 72,402.41 | - | 73,246.18 |
| HEASER | HEALTHCARE SERVICES GROUP, INC. | - | - | 2,986.38 | - | 2,986.38 |
| HENDRY | HENDRY REGIONAL MEDICAL CENTER | 266.77 | - | - | - | 266.77 |
| INOVUS | STAPLES, INC. | 1,162.16 | 1,367.79 | - | - | 2,529.95 |
| IROMOU | IRON MOUNTAIN | - | - | 1,433.38 | - | 1,433.38 |
| LABCOR | LABORATORY CORPORATION OF AMERICA HOLDINGS | 216.00 | - | - | - | 216.00 |
| METTEL | METROPOLITAN TELECOMMUNICATION | 1,743.52 | - | 1,705.76 | - | 3,449.28 |
| NUTLIF | NUTRITIOUS LIFESTYLES, INC | 2,286.40 | - | 347.10 | - | 2,633.50 |
| PORMED | PORTABLE MEDICAL DIAGNOSTIC, INC. | 345.58 | - | - | - | 345.58 |
| PURPOW | PURCHASE POWER | 243.00 | 31.93 | - | - | 274.93 |
| RGRINC | R.G. REYNOLDS INC | - | 2,300.00 | - | - | 2,300.00 |
| SPEMES | SPECIALIZED MEDICAL SERVICES INC | 1,345.40 | - | 1,343.40 | - | 2,688.80 |
| USFOOD | U.S.FOODSERVICE | 7,937.44 | - | - | - | 7,937.44 |
| USLRAD | US LAB & RADIOLOGY INC | 681.51 | - | - | - | 681.51 |
| WELTEC | WELBY TECHNOLOGIES, INC. | - | 325.00 | - | - | 325.00 |
| Grand Total | | 33,902.24 | 25,021.18 | 82,694.94 | - | 141,618.36 |

# SA-LAKELAND, LLC
## Post Petition AP Aging, by Vendor
## As of 11/30/2014

| Row Labels | Name | Sum of Current Period | Sum of 31 - 60 Days | Sum of 61 - 90 Days | Sum of 91 and Over | Sum of Total |
|---|---|---|---|---|---|---|
| AEREPA | A & E REPAIR INC. | 497.82 | - | - | - | 497.82 |
| AUDTEL | AUDIOTEL/AUDIO INFO SVC INC | - | - | 23.85 | - | 23.85 |
| BUTHEA | BUTLER HEATING & AIR CONDITIONING, INC. | - | 341.05 | 1,654.04 | - | 1,995.09 |
| CANSOL | CANON SOLUTIONS AMERICA INC | 1,054.55 | - | 1,497.40 | 68.09 | 2,620.04 |
| COZBRO | COZZINI BROS., INC. | 42.80 | - | - | - | 42.80 |
| DIRSUP | DIRECT SUPPLY HEALTHCARE EQUIP | 83.47 | 54.29 | 842.69 | - | 980.45 |
| FOXEVE | FOX / EVERETT, INC. | 744.56 | - | - | - | 744.56 |
| GCSSER | GCS SERVICE, INC. | 297.99 | - | - | - | 297.99 |
| HALREH | HALCYON REHABILITATION | 1,992.42 | - | 126,027.04 | - | 128,019.46 |
| INOVUS | STAPLES, INC. | 509.78 | - | - | - | 509.78 |
| KCIUSA | KCI USA, INC. | 388.35 | - | - | - | 388.35 |
| METTEL | METROPOLITAN TELECOMMUNICATION | 1,386.75 | - | 1,059.18 | - | 2,445.93 |
| MOBUSA | MOBILEX USA / SYMPHONY INC. | 599.30 | - | - | - | 599.30 |
| OSCBRU | OSCEOLA S. BRUNSON | 650.00 | - | - | - | 650.00 |
| SITSTO | SITE STORAGE INC. | - | - | 64.20 | - | 64.20 |
| SPEMES | SPECIALIZED MEDICAL SERVICES INC | 6,539.42 | - | 6,250.81 | - | 12,790.23 |
| SUNFLO | SUNNY FLORIDA DAIRY | 171.24 | - | - | - | 171.24 |
| UNIPRO | UNITED FIRE PROTECTION | 374.50 | 1,979.50 | - | - | 2,354.00 |
| USFOOD | U.S.FOODSERVICE | 19,464.11 | - | - | - | 19,464.11 |
| WATCLI | WATSON CLINIC, LLP | - | 28.02 | - | - | 28.02 |
| Grand Total | | 34,797.06 | 2,402.86 | 137,419.21 | 68.09 | 174,687.22 |

**SA-ST. PETERSBURG, LLC**
**Post Petition AP Aging, by Vendor**
**As of 11/30/2014**

| Row Labels | Name | Sum of Current Period | Sum of 31 - 60 Days | Sum of 61 - 90 Days | Sum of 91 and Over | Sum of Total |
|---|---|---|---|---|---|---|
| AVISTA | AVISTA | 7,587.51 | - | 8,054.93 | - | 15,642.44 |
| CARRID | CARE RIDE LLC | 168.00 | - | - | - | 168.00 |
| CERSER | CERTIFIED SERVICE CENTER, INC | 80.00 | - | - | - | 80.00 |
| COGINC | COGENT, INC. | 228.75 | - | - | - | 228.75 |
| COZBRO | COZZINI BROS., INC. | 37.45 | - | - | - | 37.45 |
| HALREH | HALCYON REHABILITATION | 26,449.51 | - | 45,256.59 | - | 71,706.10 |
| INOVUS | STAPLES, INC. | 768.36 | - | - | - | 768.36 |
| IROMOU | IRON MOUNTAIN | - | - | 281.97 | - | 281.97 |
| METTEL | METROPOLITAN TELECOMMUNICATION | 1,486.56 | - | - | - | 1,486.56 |
| PINHEA | PINELLAS COUNTY HEALTH DEPT. | - | - | 1,199.00 | - | 1,199.00 |
| SPEMES | SPECIALIZED MEDICAL SERVICES INC | 877.20 | - | 909.00 | - | 1,786.20 |
| THYELE | THYSSENKRUPP ELEVATOR CORP | - | - | 856.14 | - | 856.14 |
| USFOOD | U.S. FOODSERVICE | 15,074.57 | - | - | - | 15,074.57 |
| WHETRA | WHEELCHAIR TRANSPORT SERVICES, INC. | 250.50 | - | - | - | 250.50 |
| Grand Total | | 53,008.41 | - | 56,557.64 | - | 109,566.05 |

**SA-CHC Operator**
**Post Petition AP Aging, by Vendor**
**As of 11/30/2014**

| Row Labels | Name: | Sum of Current Period | Sum of 31 - 60 Days | Sum of 61 - 90 Days | Sum of 91 and Over | Sum of Total |
|---|---|---|---|---|---|---|
| ECOVA | ECOVA | - | 826.00 | - | - | 826.00 |
| PCAMEX | PURCHASING CARD AMEX | - | - | 1,195.31 | - | 1,195.31 |
| PCVISA | PURCHASING CARD VISA | 3,659.31 | - | 1,206.09 | - | 4,865.40 |
| PETLEW | PETER A LEWIS LAW OFFICES PL | - | - | 607.50 | - | 607.50 |
| Grand Total | | 3,659.31 | 826.00 | 3,008.90 | - | 7,494.21 |

# Palm Terrace Entities
# Summary of Accounts Payable Balances
# As at November 30, 2014

| Case Number | Debtor | Post Petition AP | Pre-Petition AP | Total AP |
|---|---|---:|---:|---:|
| 14-51102 | Clewiston | 141,618 | 1,289,675 | 1,431,293 |
| 14-51103 | Lakeland | 174,687 | 2,245,568 | 2,420,255 |
| 14-51101 | St Petersburg | 109,566 | 929,349 | 1,038,915 |
| 14-51104 | CHC CLP Operator Holdings | 7,494 | 338,832 | 346,326 |
| 14-51106 | CHC SPC Operator Inc. | - | - | - |
| | **Total Palm Terrace Group** | **433,366** | **4,803,423** | **5,236,789** |

**New Lousianana Holdings, et al**  14-50756
**(Palm Terrace Entities Only)**

# Narrative Statement

## For Period November 1 to November 30, 2014

*Please provide a brief description of the significant business and legal action by the debtor, it's creditors or the court during the reporting period. Comments should include any change in bank accounts, explanation of extraordinary expenses, and purpose of any new post-petition financing. Comments should also include debtor's effort during the month to rehabilitate the business and develop a plan.*

There have been no changes to the bank account structure. CHC CLP Operator Holdings maintains a master depository, operating account, payroll account and payroll tax account. Also, each of the subsidiary debtors (SA Clewiston, SA Lakeland and SA St Petersburg) maintains a depository account. All of these accounts are pre-petition accounts and have not been closed as we received an Order granting our Motion to maintain these accounts post-petition.

In efforts to rehabilitate the business, we continue to focus on staffing and overall labor costs. All three operating Centers have made significant progress with containing labor costs and reducing overtime where possible. In November, ordinary wages were down due to the increased focus on staffing levels. However, overtime expense has spiked due to open positions in the CNA role. A class to train CNAs is underway and a sign on/recruitment incentive is planned to begin in December. Also the centers have begun a Mentor program to reduce turnover and ultimately overtime. We will continue to focus on controlling this area of cost moving forward.

We have also spent a lot of time on census development and we are starting to see a positive impact on our census numbers. Overall monthly census numbers are stable.

The recent upgrading of leadership talent at our buildings should begin to show positive results as well, especially with the new Business Office Manager at Lakeland. We are looking forward to that position having a positive impact on A/R collections and reducing the bad debt expense. It will take time for this change to flow through to actual financial performance, but early indicators point to a positive change in the future months.

Currently all of the Palm Terrace buildings are deficiency free. The last surveys conducted either resulted in no deficiency or the deficiencies were low level and cleared via desk review shortly after.

We have had a difficult time maintaining vendor relationships at all three buildings. Many vendors have placed us on COD and some vendors have chosen not to move forward with us and we've had to source alternative partners. Whilst challenging, we have been successful in maintaining services to the business without disruption to operations.

Palm Terrace
Quarterly Fee Summary
Month Ended November 30, 2014

| Case Name<br>Case Number | Clewiston<br>14-51102 | | | | Lakeland<br>14-51103 | | | | St. Petersburg<br>14-51101 | | | | CHC Operator Holdings<br>14-51104 | | | | CHC-SPC Operator Inc<br>14-51106 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Payment Date | Cash Disbursements | Quarterly Fee Due | Check No | Date | Cash Disbursements | Quarterly Fee Due | Check No | Date | Cash Disbursements | Quarterly Fee Due | Check No | Date | Cash Disbursements | Quarterly Fee Due | Check No | Date | Cash Disbursements | Quarterly Fee Due | Check No | Date |
| January | | | | | | | | | | | | | | | | | | | | |
| February | | | | | | | | | | | | | | | | | | | | |
| March | $0 | $0 | | | $0 | $0 | | | $0 | $0 | | | $0 | $0 | | | $0 | $0 | | |
| Total 1st Quarter | $0 | $0 | | | $0 | $0 | | | $0 | $0 | | | $0 | $0 | | | $0 | $0 | | |
| April | | | | | | | | | | | | | | | | | | | | |
| May | | | | | | | | | | | | | | | | | | | | |
| June | $0 | $0 | | | $0 | $0 | | | $0 | $0 | | | $0 | $0 | | | $0 | $0 | | |
| Total 2nd Quarter | $0 | $0 | | | $0 | $0 | | | $0 | $0 | | | $0 | $0 | | | $0 | $0 | | |
| July | | | | | | | | | | | | | $2,179,050 | | | | | | | |
| August | | | | | | | | | | | | | $2,179,050 | | | | | | | |
| September | $0 | | | | $0 | | | | $0 | | | | | | | | $0 | | | |
| Total 3rd Quarter | $0 | $325 | 6414 | 10/27/2014 | $0 | $325 | 6415 | 10/27/2014 | $0 | $325 | 6416 | 10/27/2014 | $2,179,050 | $9,750 | 6417 | 10/27/2014 | $0 | $325 | 6418 | 10/27/2014 |
| October | $0 | | | | $0 | | | | $0 | | | | $4,445,992 | | | | $0 | | | |
| November | $0 | | | | $0 | | | | $0 | | | | $2,435,050 | | | | $0 | | | |
| December | | | | | | | | | | | | | | | | | | | | |
| Total 4th Quarter | $0 | $0 | | | $0 | $0 | | | $0 | $0 | | | $6,881,042 | $10,400 | | | $0 | $0 | | |