UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA



MINUTE ENTRY

14-51103 SA-Lakeland LLC    Chapter: 11

(1)  Hearing to Consider Appointment of Patient Care Obudsman

(2)  Status Conference


**RULING**: (1) Hearing is continued to February 10, 2015.

(2) Status hearing was held.


**ORDER TO BE PREPARED BY**: N/A



Date:  January 27, 2015